UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 08-14026-CR-MARTINEZ-LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.
BRANDON JAMAR SCHOFIELD,
DEON ATREVIOUS PHILLIPS and
CONSTANTINE LEYFORD BROWN,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This matter came before the Court upon the Report and Recommendation issued by United States Magistrate Judge Frank Lynch. The Report and Recommendations recommends that counsel Omar F. Guerra Johansson, Esq., be paid **$2,000.00** for his representation of the defendant in this matter, **$402.40** for travel reimbursement, and **$3.05** for costs, for a total of **$2,405.45**.

Mr. Johansson has timely filed objections, arguing that the case should be designated as "extended" due to his 19 hours travel time to and from Fort Lauderdale.

The Guidelines for Administration of the Criminal Justice Act ("Guidelines") require that payments in excess of the compensation maximums be made only in cases involving "complex" or "extended" representation. Guidelines § 2.22B(3). "Complex" cases are those where "the legal or factual issues in a case are unusual, thus requiring the expenditure of more time, skill and effort by the lawyer than would normally be required in an average case." *Id.* "Extended" cases are those where "more time is reasonably required for total processing than the average case, including pre-trial and post-trial hearings." *Id.* Mr. Johansson has not asserted that this case was a "complex" one, but he has argued it was "extended." He has not, however, pointed to any legal authority for considering

his travel time as a factor rendering this case "extended." This case was resolved by entry of a guilty plea, and it is questionably whether, even if the 19 hours travel time were included in the calculation, the case would qualify as one where "more time is reasonably required for total processing than the average case, including pre-trial and post-trial hearings." Accordingly, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Lynch's Report and Recommendation is hereby **ADOPTED and AFFIRMED**. It is **ORDERED** that Mr. Johansson be paid **$2,405.45** for his representation of Defendant in this matter, including travel reimbursement and costs.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of February, 2009.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Frank Lynch
Omar F. Guerra Johansson
Lucy Lara, CJA Administrator